**Order entered April 6, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00965-CV

## GALOVELHO, LLC, Appellant

## V.

## GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF THE STATE OF TEXAS; COLLIN COUNTY, TEXAS; AND CITY OF FRISCO, TEXAS, Appellees

### On Appeal from the 219th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 219-02595-2020

## ORDER

Before the Court is appellant's April 5, 2022 unopposed motion for a three-week extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than May 4, 2022.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE